UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
LINDA DIANE TURNER
    Debtor(s)

Case No: 20-32501-WRS
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on December 09, 2020. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Thursday, May 27, 2021, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:

   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | LINDA DIANE TURNER | BAPTIST HEALTH | 172.00 | BI-WEEKLY | 01/08/2021 |
   | LINDA DIANE TURNER | BAPTIST HEALTH | 312.00 | BI-WEEKLY | 02/05/2021 |

   Period of payments: 58 months or until a 'POT' of $8,338.00 is paid to unsecured creditors.

   Payable to: **Chapter 13 Trustee**
   **P. O. Box 613108**
   **MEMPHIS TN  38101-3108**

2. Senior expenses and Administrative claims to be paid:

   ### ADMINISTRATIVE EXPENSES

   | | | |
   |---|---|---|
   | Debtor's Attorney | Attorney's Fee Allowed | $3,500.00 |
   | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $4.00 |
   | Chapter 13 Trustee | Trustee Administrative Fee | $41.43 |
   | Clerk of Court | Filing Fee | $313.00 |

   ### SECURED, PRIORITY AND SPECIAL CLAIMS

   **Secured**

   | Creditor | 910/365 | Collateral Value | Interest | Payment |
   |---|---|---|---|---|
   | AMERICAS CAR MART INC | Y | $9,050.00 | 4.25 % | $278.00 |
   | RIMTYME | Y | $1,000.00 | 3.25 % | $45.00 |

In re                                                               Case No: 20-32501-WRS  
LINDA DIANE TURNER                                     Chapter 13  
        Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, June 2, 2021.                          */s/ Sabrina L. McKinney*  
                                                                                  Sabrina L. McKinney  
                                                                                   Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, June 2, 2021.

                                                                                            */s/ Sabrina L. McKinney*  
                                                                                            Sabrina L. McKinney  
                                                                                            Chapter 13 Standing Trustee