**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re | Case No. 20−32501 |
| | Chapter 13 |
| Linda Diane Turner , | |
|     Debtor. | |

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on June 24, 2021 at 10:05 AM to consider and act upon the following:

*64* − Motion Directing Payment of Funds to Dotlen as Secured Creditor filed by Monica L. Arrington on behalf of Dotlen (RE: related document(s)56 Trustee's Summary of Ch 13 Plan). (Attachments: # 1 Exhibit Acknowledgement by Debtor that Dotlen is Secured) (Arrington, Monica)

*65* − Motion filed by Monica L. Arrington on behalf of Dotlen. (Attachments: # 1 Exhibit) (JS)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated June 23, 2021

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court